## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK W. WADE, JR. \*  <br>NATIONAL TAX SERVICES, INC. \*  <br>10862 Weisiger Lane \*  <br>Oakton, Virginia 222124 \*  <br>  \*  <br>    Plaintiff \*  <br>  \*  <br>v. \*  <br>  \*  <br>INTERNAL REVENUE SERVICE \*  <br>Washington, D.C. 20224 \*  <br>  \*  <br>    Defendant. \*  <br>  \* | Civil Action No. 10-_____ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### COMPLAINT

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, et seq., as amended, for the disclosure of agency records which have been improperly withheld from plaintiff Jack W. Wade, Jr. of National Tax Services, Inc. by defendant Internal Revenue Service.

### JURISDICTION

1. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the defendant pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

### VENUE

2. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391.

**PARTIES**

3. Plaintiff Jack W. Wade, Jr. is a the owner/operator of National Tax Services, Inc. (collectively referred to as "Wade") which provides Internal Revenue Service mailing lists of tax professionals to companies who offer products and services to the same type of tax professionals.

4. Defendant Internal Revenue Service ("IRS") is an agency within the meaning of 5 U.S.C. § 552 (e), and is in possession and/or control of the records requested by Wade which are the subject of this action.

**COUNT ONE**

5. By letter dated August 5, 2009, Wade submitted a FOIA request to the IRS for copies of "a recently updated copy of the computer records of the list of Enrolled Agents who are listed with the Office of Professional Responsibility. I am requesting the entire database, with all database fields, excepting those that cannot be released due to FOIA restrictions, such as Social Security Numbers, etc. I am requesting the data records of all Enrolled Agents without regard as to whether they have checked a box on a form requesting that their names not be released to the public."

6. Additionally, Wade requested that these "records can be delivered to me on CD-ROMS, or other electronic media. I would appreciate a sample dump of 100 records, but will need a complete layout with the disks."

7. By letter dated December 31, 2009, the IRS acknowledged receipt of Wade's request and requested an extension of time to respond. It was noted, however, that Wade could choose instead to file suit immediately.

8. As twenty working days have elapsed without a substantive determination by the IRS concerning Wade's request, he has therefore constructively exhausted all required administrative remedies.

9. Wade has a legal right under the FOIA to obtain the information he seeks, and there is no legal basis for the denial by the IRS of said right.

WHEREFORE, plaintiff Jack Wade prays that this Court:

(1) Orders the defendant to disclose the requested records in their entireties and make electronic copies promptly available to him;

(2) Award reasonable costs and attorney's fees as provided in 5 U.S.C. § 552 (a)(4)(E) and/or 28 U.S.C. § 2412 (d);

(3) expedite this action in every way pursuant to 28 U.S.C. § 1657 (a); and

(4) grant such other relief as the Court may deem just and proper.

Date:   January 14, 2010

Respectfully submitted,

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

Attorneys for Plaintiff